

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-16-00041-CR

Shawn Leonard **ELAHEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-15-0618
Honorable Frank Follis, Judge Presiding

## O R D E R

On March 24, 2016, after court reporter Stacey B. Sharron filed a notice of late reporter's record stating Appellant had not paid in full the reporter's fee to prepare the record, we ordered Appellant to provide written proof to this court that (1) the reporter's record has been paid in full, or (2) Appellant is excused from paying the remainder of the reporter's fee.

On April 7, 2016, the reporter's record was filed; our March 24, 2016 order is satisfied. Appellant's brief is due on May 9, 2016. *See* TEX. R. APP. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court